SOLOMON H. SHAPIRO, Appellant, v. JOSEPH SHMIKLER et al., Respondents. — Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Botein, J. P., Rabin, Frank, Valente and McNally, JJ.

PETER A. BORROK, an Infant, by His Guardian ad Litem, ALFRED D. BORROK, et al., Appellants, v. JOHN L. HENNESSY et al., Doing Business as CRESCENT CENTER Co., Respondents. — Orders unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Botein, J. P., Rabin, Frank, Valente and McNally, JJ.

LOUIS B. GNAEDINGER, Respondent, v. NEW YORK TIMES COMPANY et al., Appellants. — Order entered November 27, 1956, granting plaintiff's motion to substitute the executors of the estate of Julius Ochs Adler, etc., and order entered February 4, 1957, granting plaintiff's motion to restore the within action to the Jury Reserve Calendar of February, 1957, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, J. P., Rabin, Frank, Valente and McNally, JJ.

In the Matter of JACK M. LOEB, Respondent, against M. GOLDFARB MY FLORIST, INC., et al., Appellants. — Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. The date for the inspection to proceed shall be fixed in the order. Settle order on notice. Concur — Botein, J. P., Rabin, Frank, Valente and McNally, JJ.

YOR ELECTRIC CORP., Respondent, v. IRVING BENOWITZ, Appellant, et al., Defendant. — Order unanimously affirmed. The date for the examination to proceed shall be fixed in the order. Settle order on notice. In affirming this order we do not overlook the fact that the last pleading served in this action was the answer of the defendant-appellant to the amended complaint, which answer was served on October 9, 1956. The notice to examine him was served on October 22, 1956, 13 days after the service of the last pleading. He urges the procedure thus adopted by the plaintiff was premature in the light of the provisions of subdivision 1 of rule XX of the Bronx County Supreme Court Rules, and argues the order below should be reversed on this ground alone. We are of the opinion that the defendant-appellant's objection to the notice of examination grounded on rule XX has been waived since it was not advanced at Special Term. Concur — Botein, J. P., Rabin, Frank, Valente and McNally, JJ.

JACK S. SEIDMAN, Appellant, v. LEONARD HUTTON, Respondent. — Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Concur — Botein, J. P., Rabin, Frank, Valente and McNally, JJ.

AMELIA CONSALVOS et al., Respondents, v. CITY OF NEW YORK, Appellant. — Judgment unanimously reversed and a new trial ordered, with costs to the appellant to abide the event, on the ground of excessiveness of verdict, unless plaintiffs stipulate to reduce the verdict in favor of the plaintiff Amelia Consalvos to the sum of $25,000, in which event the judgment, as so modified, is affirmed, without costs. Settle order on notice. Concur — Peck, P. J., Breitel, Botein, Rabin and Bergan, JJ.

In the Matter of JOSEPH MARRELL, an Attorney. Motion for reinstatement granted. Concur — Peck, P. J., Breitel, Botein and Rabin, JJ.